International Union of Operating Engineers,
Local No. 66, AFL-CIO, *v.* Hallstrom
et al., Appellants.

Argued October 7, 1968. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

reargument refused December 27, 1968.

*Anthony S. Guido,* with him *Gleason, Cherry & Guido,* for appellants.

*Sanford A. Segal,* with him *Gatz, Cohen & O'Brien,* for appellee.

OPINION PER CURIAM, November 12, 1968:
Decree affirmed. Costs on appellants.
Mr. Justice MUSMANNO did not participate in the decision of this case.